## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 12-16042 (JKF) |
| KIMBERLY A. MUNDEY | : | CHAPTER 13 |
| | : | |
| Debtor | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET, SUITE 400 |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## NOTICE

**NOTICE IS HEREBY GIVE TO THE UNITED STATES TRUSTEE, THE TRUSTEE, DEBTOR(S), AND ALL CREDITORS AND PARTIES-IN-INTEREST THAT:**

1. The Application for Compensation and Reimbursement of Expenses of Christopher J. Kern, Esquire, Counsel for the Debtor(s) (the "Application") has been filed requesting approval of compensation in the amount of $600.00 and expenses in the amount of $0.00.

2. The Application is available for inspection at the Office of the Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106.

3. The United States Trustee, the Trustee, any creditor and any party-in-interest may file an answer, objection, other responsive pleading or request for hearing, with the Office of the Clerk, United States Bankruptcy Court, whose address is stated in Paragraph 2 above, AND serve a copy thereof on counsel for Debtor(s), whose name and address is listed below, on or before twenty one (21) days from the date of service of this Notice.

4. In the absence of any answer, objection or other responsive pleading, counsel for Debtor(s) will certify to the Court the lack of such objection, and the Court may allow the Application without benefit of hearing.

Counsel for Debtor(s)
Christopher J. Kern, Esquire
525 Route 73 North
Building #5, Suite 104
Marlton, NJ 0853
(856) 751-4771

Service Date: November 10, 2016