# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-16042-JKF

KIMBERLY A MUNDEY

506 SANGER STREET
PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIMBERLY A MUNDEY

    506 SANGER STREET
    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER J. KERN ESQ
    525 ROUTE 73N  BUILDIN #5
    SUITE 104
    MARLTON, NJ 08053-

Date: 11/21/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee