United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-16042-jkf
Kimberly A. Mundey                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2          Date Rcvd: Apr 17, 2017
                             Form ID: 138NEW        Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db          +Kimberly A. Mundey,    506 East Sanger Street,   Philadelphia, PA 19120-1719
cr          +NATIONSTAR MORTGAGE, LLC., DBA, CHAMPION MORTGAGE,    PO Box 630267,   Irving, TX 75063-0116
12790554    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit,    P.O. Box 183853,   Arlington, TX 7609)
12790555    +Arrow Financial,    Attn: Beckett & Lee,    P.O. Box 3001,   Malvern, PA 19355-0701
12790556    +Bank of America,    Attn: Phelan Hallinan,    1617 JFK Blvd., Ste 1400,
             Philadelphia, PA 19103-1814
12914129     Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
12790558    +Capital One,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
12828110     Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
12930310     Deutche Bank National Trust,    Resurgent Capital Services,    PO Box 10368,
             Greenville, SC 29603-0368
12790562    ++INFIBANK NA,    C O FNCCC,   1620 DODGE ST SC 3106,   OMAHA NE 68197-0001
             (address filed with court:  FCNB,    P.O. Box 922968,   Norcross, GA 30010)
12790563     JC Penny,    P.O. Box 981064,   Roswell, GA 30076
13074550    +Nationstar Mortgage, LLC,    PO Box 619094,   Dallas TX 75261-9094
13839313    +Thomas Puleo Esquire,    c/o Nationstar Mortgage LLC,    KML Law Group P.C.,
             701 Market Street ste 5000,    Philadelphia Pa 19106-1541
12823421     eCAST Settlement Corporation, SUCCESSOR,   to Spiegel Acceptance Corp.,    POB 35480,
             Newark, NJ 07193-5480
12823422     eCAST Settlement Corporation, assignee,   of Citibank USA, N.A. RADIO SHACK,    POB 35480,
             Newark, NJ 07193-5480
12790561    +eCast Settlement Corp,    P.O. Box 35480,   Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:33    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2017 01:20:59
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2017 01:21:19     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 01:16:49     GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
12790553    +E-mail/Text: tropiann@einstein.edu Apr 18 2017 01:20:49     Albert Einstein Health Network,
             5501 Old York Road,    Philadelphia, PA 19141-3091
12790557    +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:54     B-Line,
             Mail Stop 550,    2101 Fourth Ave, Ste 1030,   Seattle, WA 98121-2317
12913345     E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:33    City of Philadelphia,
             SchoolDistrict of Philadelphia,   Law Department - Tax Unit,   One Parkway Building,
             1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12790559    +E-mail/Text: bkr@cardworks.com Apr 18 2017 01:20:32    Card Processing Center,
             P.O. Box 23356,    Pittsburgh, PA 15222-6356
12790560    +E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:33    City of Philadelphia,
             Law Dept - Tax Unit,    1515 Arch St., 15th Floor,   Philadelphia, PA 19102-1504
12824138     E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 18 2017 01:21:14     Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-9617
12790564    +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:42     LVNV Funding,
             P.O. Box 740281,    Houston, TX 77274-0281
12790565    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2017 01:21:02    Midland Credit Management,
             8875 Aero Drive,    San Diego, CA 92123-2255
12818433     E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2017 01:17:01
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                              TOTAL: 13


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12824140*   ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
             (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
             SAINT CLOUD MN 56302-9617)
12900313    ##+Christopher J. Kern, Esquire,    2091 N. Springdale Rd, Ste 17,   Cherry Hill, NJ 08003-4005
12790566    ##+RJM Acquisitions,    575 Underhill Blvd, Ste 224,   Syosset, NY 11791-3416
                                                                              TOTALS: 0, * 1, ## 2


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2         User: DonnaR              Page 2 of 2             Date Rcvd: Apr 17, 2017
                             Form ID: 138NEW           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CHRISTOPHER J. KERN    on behalf of Debtor Kimberly A. Mundey cjkernlaw@comcast.net
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kimberly A. Mundey

    Debtor(s)

Bankruptcy No: 12−16042−jkf

Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 4/17/17

103 − 102
Form 138_new